BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

FILED

AUG - 6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>RANDALL ALFRED BURTIS,<br>ROBERT MORRIS ADAMS,<br>RONALD JOHN SALADO, AND<br>JASON M. ESPINOLA,<br><br>            Defendants. | No. 1:10-cr-00343 LJO<br><br>ORDER TO UNSEAL INDICTMENT AND<br>WARRANTS OF ARREST |

The indictment and warrants of arrest in this case, having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that they no longer need remain secret,

IT IS HEREBY ORDERED that the indictment and warrants of arrest be unsealed and made public record.

DATED: 8/6/10

_____
United States Magistrate Judge