ROBERT L. FORKNER (CSB# 106697)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:   (209)544-0200
Fax:         (209)544-1860

Attorney for Defendant
RANDAL ALFRED BURTIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:10-CR-343-LJO |
| Plaintiff, | ) |
| | ) ORDER TO |
| v. | ) CONTINUE STATUS CONFERNCE |
| RANDAL ALFRED BURTIS et al., | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the November 5, 2010 status conference be continued to January 14, 2011 at 10:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) from the date of this order to January 14, 2011.

IT IS SO ORDERED.

Dated: November 3, 2010                    __/s/ Lawrence J. O'Neill_____
                                            LAWRENCE J. O'NEILL
                                            United States District Judge

1