**ROBERT L. FORKNER (CSB# 166097)**
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California 95354
Telephone:  (209) 544-0200
Fax:       (209) 544-1860

**Attorney for Defendant**
**RANDAL ALFRED BURTIS**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-CR-343 LJO-1 |
|   Plaintiffs, ) | ORDER AND DEFENDANT'S |
| ) | NOTICE OF WAIVER OF PERSONAL |
| vs. ) | APPEARANCE |
| ) | |
| RANDAL ALFRED BURTIS, ) | |
|   Defendants. ) | |

   **Defendant, RANDAL ALFRED BURTIS, waives his right to be present in open court, upon the hearing of any motion or other proceeding in this cause, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.**

   **Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, ROBERT L. FORKNER, the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day and hour the court may fix in his absence.**

Defendant further acknowledges that he has been informed of his rights under Title 18, United States Code, Sections 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without Defendant being present.

Dated: March 7, 2011        /s/ Randal Alfred Burtis
                            Randal Alfred Burtis
                            DEFENDANT

Dated: March 7, 2011        /s/ ROBERT L. FORKNER
                            ROBERT L. FORKNER,
                            Attorney for Defendant

## ORDER

IT IS SO ORDERED:

DATED: March 9, 2011

                            /s/ Lawrence J. O'Neill
                            HONORABLE LAWRENCE J. O'NEILL
                            U.S. District Court Judge