1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   STANLEY A. BOONE
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,          ) CASE NO.:  1:10-CR-00343 LJO
11                                      )
                     Plaintiff,         ) STIPULATION BETWEEN THE
12                                      ) UNITED STATES, DEFENDANT RANDAL
             v.                         ) BURTIS, DEFENDANT ROBERT ADAMS,
13                                      ) AND MINTURN NUT CO.;
    RANDAL ALFRED BURTIS, and           ) ORDER
14  ROBERT MORRIS ADAMS,                )
                                        )
15                   Defendants.        )
                                        )
16

17

18        Plaintiff the United States of America, defendant Randal Alfred

19  Burtis, defendant Robert Morris Adams, and Minturn Nut Co., Inc.

20  ("Minturn"), by and through their respective undersigned counsel of

21  record, hereby stipulate and jointly request that the Court amend the

22  restitution amount owed to Minturn in the judgments as to defendants

23  Burtis and Adams filed December 28, 2011, to reflect settlement

24  payments that these co-defendants made to Minturn prior to the

25  issuance of the judgments.

26        The judgments filed December 28, 2011 order defendants Burtis

27  and Adams to pay restitution to Minturn in the amount of

28  $1,134,599.59.  This amount represents the loss that Minturn incurred

1    due to the defendants' conduct in this case.  However, pursuant to a

2    civil settlement, defendant Adams subsequently repaid to Minturn

3    funds and assets valued at $200,000.  Also pursuant to a civil

4    settlement, defendant Burtis subsequently repaid to Minturn funds and

5    assets valued at $100,000.  These settlement amounts were paid before

6    the judgments were issued in this case.  Minturn agrees that it has

7    received $300,000 from these defendants in repayment for the fraud

8    loss it incurred in this case, resulting in a net loss to Minturn in

9    the amount of $834,599.59.

10       Accordingly, the United States, defendant Burtis, defendant

11   Adams, and Minturn jointly stipulate and respectfully request that

12   the Court order that the judgments as to defendants Burtis and Adams

13   be amended to reflect that these defendants owe restitution to

14   Minturn, jointly and severally with co-defendant Ronald Salado, in

15   the amount of $834,599.59 (rather than $1,134,599.59).  This

16   stipulation is not intended to modify the judgments in any other

17   respect.

18                                    Respectfully Submitted,

19

20   DATED:  1/24/12            By: /s/ Robert Forkner
                                    (authorized on 1/21/12)
21                                  ROBERT FORKNER
                                    Attorney for Defendant
22                                  RANDAL ALFRED BURTIS

23

24   DATED:  1/24/12            By: /s/ Kirk W. McAllister
                                    (authorized on 1/24/12
25                                  KIRK W. McALLISTER
                                    Attorney for Defendant
26                                  ROBERT MORRIS ADAMS

27

28

                                   2

1

2   DATED:  1/24/12                        By: /s/ Adam Stewart
                                              (authorized on 1/20/12)
3                                          ADAM STEWART
                                           Attorney for
4                                          MINTURN NUT CO., INC.

5

6   DATED:  1/24/12                        BENJAMIN B. WAGNER
                                           United States Attorney
7
                                       By: /s/ Kirk E. Sherriff
8                                          KIRK E. SHERRIFF
                                           STANLEY A. BOONE
9                                          Assistant U.S. Attorneys

10

11

12

13                                    **ORDER**

14       The Court has reviewed and considered the stipulation of the

15   United States, defendant Randal Burtis, defendant Robert Adams, and

16   Minturn Nut Co. to amend the judgments in this case as to defendants

17   Burtis and Adams to correct the restitution amount owed to Minturn

18   Nut Co.  For the reasons set forth in the stipulation, it is ordered

19   that the judgments for defendants Burtis and Adams be amended to

20   reflect that these defendants owe restitution to Minturn Nut Co.,

21   jointly and severally with co-defendant Ronald Salado, in the amount

22   of $834,599.59 (rather than $1,134,599.59).  The judgments are not

23   amended in any other respect.

24   IT IS SO ORDERED.

25   **Dated:   January 25, 2012**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE
26

27

28

                                      3