ROBERT L. FORKNER (CSB#166097)
The Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California 95354
Phone: 209-544-0200
Fax:   209-544-1860

Attorney for Defendant,
RANDAL ALFRED BURTIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>RANDAL ALFRED BURTIS,<br><br>          Defendant. | Case No.: 1:10-CR-00343-LJO<br><br>ORDER RE: EXONERATION OF BOND AND RECONVEYANCE OF REAL PROPERTY<br>(Deed Document Number DOC-2010-0075167-00) |

**ORDER**

**IT IS HEREBY ORDERED** that the property bond in the above-captioned case be exonerated and title to the real property be reconveyed to the person or persons legally entitled thereto, all the estate now held by the Trustee under Deed of Trust, dated August 23, 2010, made by: Alfred D. and Charlotte A. Burtis, as Trustees and the Successors Trustees of the Alfred D. and Charlotte A. Burtis Living Trust, Trustors to: The Clerk, United States District Court for the Eastern District of California, Trustee for: The Clerk, Unites States District Court for the Eastern District of California, Beneficiary; which Deed

[PROPOSED] ORDER OF RECONVEYANCE - 1

of Trust was recorded on August 24, 2010, Deed Document Number: DOC-2010-0075167-00 of Official Records of Stanislaus County, California.

It is further ordered that all correspondence regarding reconveyance of the posted property be sent to the Trustors at the address previously provided to the court.

IT IS SO ORDERED.

Dated:   **March 4, 2021**          /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE